LEWIS H. REYNOLDS, Respondent, *v.* BROWNING, WELLS & Co., INC., Appellant.

(Argued April 18, 1929; decided May 3, 1929.)

*Robert Kelly Prentice* for appellant.

*Thomas C. Burke* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.